**Opinion issued April 4, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00138-CR

———————————

## IN RE DANIEL SKIPPER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Daniel Skipper, acting pro se, has filed a petition for writ of mandamus compelling the trial court to provide a speedy trial in the underlying case.[1] We deny the petition.

---

[1] The underlying case is *The State of Texas v. Daniel Skipper*, cause number 17896180, pending in the 230th District Court of Harris County, Texas, the Honorable Chris Morton presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).